IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LAMAR PATTERSON<br>AIS, #275030,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF CLARK, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:12-CV-77-TMH<br>[WO] |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 5, 2012 the plaintiff shall show cause why he has failed to pay the initial partial filing fee in compliance with the directives of the order entered on January 27, 2012 (Doc. No. 3).

Done this 21st day of February, 2012.

        /s/ Susan Russ Walker
    SUSAN RUSS WALKER
    CHIEF UNITED STATES MAGISTRATE JUDGE