IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LAMAR PATTERSON | ) | |
| AIS, #275030, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-CV-77-TMH |
| | ) | [WO] |
| | ) | |
| SHERIFF CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon receipt on March 21, 2012 of payment of $20.00 towards the $40.47 initial

partial filing fee, and for good cause, it is

ORDERED that the plaintiff be GRANTED an extension until April 5, 2012 to pay

the remaining $20.47 of the initial partial filing fee.

Done this 22nd day of March, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE