IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAMAR PATTERSON, ) | |
| AIS # 275030, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:12cv77-TMH |
| ) | |
| MELVIN CLARK, Jail Administrator, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On August 24, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 31). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The plaintiff's claims against a Macon County commissioner and the Mayor of Macon County are dismissed with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(I).

2. The aforementioned defendants are dismissed as defendants in this cause of action.

3. This case, with respect to the allegations set forth against defendants Clark

and Wayne, are referred back to the undersigned for appropriate proceedings.

Done this 18th day of September, 2012.

      /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE