IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAMAR PATTERSON, )<br>AIS# 275030, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>MELVIN CLARK, et al., )<br> )<br>    Defendants. ) | CIVIL ACTION NO. 3:12cv77-WHA |

**ORDER AND OPINION**

On January 8, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 43).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The defendants' motion to dismiss is GRANTED to the extent the defendants seek dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy available to him at the Macon County Detention Center prior to filing this federal civil action.

2. This case is dismissed with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Macon County Detention Center.

3. No costs are taxed herein.

Done this the 30th day of January, 2015.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE